People v Jackson (2024 NY Slip Op 01477)

People v Jackson

2024 NY Slip Op 01477

Decided on March 15, 2024

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 15, 2024

PRESENT: SMITH, J.P., CURRAN, MONTOUR, DELCONTE, AND KEANE, JJ. (Filed Mar. 15, 2024.) 

MOTION NO. (718/20) KA 15-01443.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
CHARLES E. JACKSON, DEFENDANT-APPELLANT. (APPEAL NO. 1.)

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.